# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 22-20278 |
| ) | |
| DAVID ASUA, ) | |
|     Defendant. ) | |

## ORDER OF TRANSFER

The above case is hereby transferred to United States District Judge J. Daniel Breen for all further proceedings.

**IT IS SO ORDERED,** this 1st day of April, 2025.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE